UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANSON DANIEL GREGOR,

    Defendant.

CASE NO: 25-CR-20113

HON. SHALINA D. KUMAR
United States District Judge

HON. CURTIS IVY, JR
United States Magistrate Judge

**Stipulation and Order to Continue the Motion Cut-off,
the Plea Cut-off, and Trial and Find Excludable Delay**

    The parties, by their respective counsel, stipulate that the motion cut-off, plea hearing, final pretrial conference and trial dates be adjourned for approximately 60 days. The adjournment will allow the parties additional time to exchange and review discovery, contemplate pretrial motions and engage in plea negotiations. The parties agree that such an adjournment serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because both parties need more time to exchange and review discovery to prepare for trial, and because the parties need additional time to engage in plea discussions which could resolve all the issues in this case. The parties agree, and ask the court to find, that the amount of time from the current trial date of July 29, 2025 and the new trial date be excluded,

under 18 U.S.C. § 3161(h)(7)(A), from calculating the amount of time in which the defendant must be tried under the Speedy Trial Act.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

| | |
|---|---|
| s/CHRISTOPHER W. RAWSTHORNE | s/JOHN A. TOSTO w/ consent |
| Assistant United States Attorney | Attorney for Defendant |
| 600 Church Street, Ste. 210 | 503 S. Saginaw Street, Ste. 1410 |
| Flint, Michigan 48502-1280 | Flint, MI 48502 |
| Phone: (810) 766-5032 | Phone: (810) 244-5862 |
| Email: Christopher.Rawsthorne@usdoj.gov | Email: john@jtmblaw.com |

Dated: July 9, 2025

## Order Continuing the Motion Cut-off, the
## Plea Cut-off, and Trial and Finding Excludable Delay

IT IS SO ORDERED:

The dates in this matter are reset as follows:

Motion Cutoff is reset for August 26, 2025;

Plea cutoff is reset for September 2, 2025;

Witness Lists, Proposed Voir Dire, Joint Summary of the Case, Proposed Joint Jury Instructions and Verdict Form due September 9, 2025;

Final Pretrial Conference is reset for September 16, 2025 at 3:00 p.m.;

Jury Trial is reset for September 30, 2025 at 9:00 a.m.

IT IS FURTHER ORDERED:

The time from the date the current trial date of July 29, 2025, to the new trial date of September 30, 2025 shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Entered: July 10, 2025

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge